**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | | |
|---|---|---|
| MELODY MOULTRIE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC (UPS)., and TEAMSTERS LOCAL 391,<br><br>Defendants. | ) | Civil Action No. 1:26-cv-478 |

**DEFENDANT TEAMSTERS LOCAL 391'S MOTION TO DISMISS**

Defendant Teamsters Local 391 ("Local 391") moves to dismiss Plaintiff's claim against it pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(4), 12(b)(5), and 12(b)(6). As explained more fully in Local 391's brief in support of this Motion—filed herewith—Plaintiff does not state a claim upon which relief may be granted, and any conceivable claim alleged is barred by the applicable six-month statute of limitations. Plaintiff also failed to properly effect service on Local 391. Accordingly, Local 391 respectfully requests that the Court enter an order granting this motion and dismissing Plaintiff's claim against Local 391 with prejudice.

Respectfully submitted, this the 2nd day of July, 2026.

/s/ Trisha S. Pande
Trisha S. Pande (N.C. Bar No. 53573)
PATTERSON HARKAVY, LLP
100 Europa Drive, St. 420
Chapel Hill, NC 27517
tpande@pathlaw.com
(919) 942-5200

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing document was filed with the Clerk of Court using the CM/ECF system and served on the following parties by U.S. mail, postage prepaid addressed as follows:

Melody Moultrie
P.O. Box 212
Jacksonville, NC 28541

Dated: July 2, 2026

/s/ Trisha S. Pande
Trisha S. Pande (N.C. Bar No. 53573)
PATTERSON HARKAVY LLP
100 Europa Dr., Ste. 420
Chapel Hill, NC 27517
tpande@pathlaw.com
(919) 942-5200