# United States District Court

Middle District of North Carolina
324 West Market Street
Greensboro, North Carolina 27401
www.ncmd.uscourts.gov

LAWRENCE H. CUNNINGHAM
CLERK OF COURT

(336) 332-6000
TELEPHONE


July 8, 2026

MELODY MOULTRIE
P.O. BOX 212
JACKSONVILLE, NC 28541

Re: MOULTRIE v. UNITED PARCEL SERVICE, INC. et al; Case 1:26CV478

Dear Ms. Moultrie,

The Defendant, UNITED PARCEL SERVICE, INC., filed a Motion for Judgment on the Pleadings on 6/23/2026, and the Defendant, TEAMSTERS LOCAL 391, also filed a Motion to Dismiss on 07/02/2026, which may or may not be supported by affidavits.

You have the right to file a 20-page response in opposition to the defendant's motion. Your failure to respond or, if appropriate, to file affidavits or evidence in rebuttal within the allowed time may cause the court to conclude that the defendant's contentions are undisputed and/or that you no longer wish to pursue the matter. Therefore, unless you file a response in opposition to the defendant's motion, it is likely your case will be dismissed or summary judgment granted in favor of the defendant. A response to a Motion to Dismiss must be filed within 21 days from the date of service of the defendant's motions upon you

Any response you file should be accompanied by a brief containing a concise statement of reasons for your opposition and a citation of authorities upon which you rely. You are reminded that affidavits must be made on personal knowledge, contain facts admissible in evidence and be made by one shown to be competent to testify. A false statement under oath or under penalty of perjury may be a crime punishable as provided by law.

The original of your response should be mailed to this office and a copy served upon counsel for the defendant. Any pleadings presented to this court for filing must be accompanied by a certificate stating that you have served copies on counsel for the defendant.

Sincerely,

LAWRENCE H. CUNNINGHAM
Clerk of Court

/s/ Stacy Crawford

By: Stacy Crawford
Deputy Clerk