**Exhibit A**

*Guilford County Sheriff's Return of Service page 1 of 2*
*(Image)*

| STATE OF NORTH CAROLINA | File No. 25VC006475-0000 |
|---|---|
| Alamance County | In The General Court Of Justice ☐ District ☒ Superior Court Division |
| Name Of Plaintiff: MELODY MOULTRIE<br>Address: P.O. BOX 212<br>City, State, Zip: JACKSONVILLE, NC 28541 | **CIVIL SUMMONS**<br>☒ ALIAS AND PLURIES SUMMONS (ASSESS FEE)<br>1027<br>G.S. 1A-1, Rules 3 and 4 |
| VERSUS | Date Original Summons Issued: 11/05/25 |
| Name Of Defendant(s): TEAMSTERS LOCAL 391 | Date(s) Subsequent Summons(es) Issued: 2/19/2026 |

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| TEAMSTERS LOCAL 391<br>3910 Teamsters Place<br>COLFAX, NORTH CAROLINA 27235 | FILED<br>DATE: May 14, 2026<br>TIME: 2:22:57 PM<br>ALAMANCE<br>CLERK OF SUPERIOR COURT<br>BY: D. Self |

**IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**
**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued / Time / Signature |
|---|---|
| MELODY MOULTRIE<br>P.O. BOX 212<br>JACKSONVILLE NC 28541 | Date Issued: 4/16/2026 Time: 4:59:57 pm ☐ AM ☐ PM<br>Signature: /s/ Melanie Waldron<br>☐ Deputy CSC ☒ Assistant CSC ☐ Clerk Of Superior Court |
| ☐ **ENDORSEMENT (ASSESS FEE)**<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement: Time: ☐ AM ☐ PM<br>Signature:<br>☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |

**NOTE TO PARTIES:** *Many counties have* ***MANDATORY ARBITRATION*** *programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

1546138 FH

## Exhibit A cont'd

*Guilford County Sheriff's Return of Service page 2 of 2*
*(Image)*

**RETURN OF SERVICE**

I certify that this Summons and a copy of the complaint were received and served as follows:

**DEFENDANT 1**

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| 4/28/26 | 1411 | ☐ AM ☑ PM | Teamsters Local 391 |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☑ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)
Calvin Tinnen (Trustee)
3910 Teamsters PC Colfax

| | Date Accepted | Signature |
|---|---|---|
| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: (type or print name) | | |

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

**DEFENDANT 2**

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| | Date Accepted | Signature |
|---|---|---|
| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: (type or print name) | | |

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| | |
|---|---|
| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return [signature] JL Winford |
| Date Received 4/27/26 | Name Of Sheriff (type or print) |
| Date Of Return 4/29/26 | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts